UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
March 30, 2006

No. 05-7011
CA-04-2881-AW

BRETT C. KIMBERLIN

       Plaintiff - Appellant

v

WARDEN

       Defendant - Appellee

M A N D A T E

The judgment of this Court, entered 3/8/06, takes effect this date

A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court

/s/ Patricia S. Connor
-----------------------
CLERK